IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.: 23-cv-00552 |
| | ) |
| MAHI, LLC, d/b/a Hampton Inn & Suites | ) Judge Martha M. Pacold |
| | ) |
| Defendant. | ) Magistrate Judge Heather K McShain |

## NOTICE OF SETTLEMENT

Plaintiff HOWARD COHAN ("Plaintiff") hereby gives notice that Defendant MAHI, LLC, d/b/a Hampton Inn & Suites ("Defendant") (collectively, "Parties") and Plaintiff have reached a settlement in principle of all claims in this case. The Parties anticipate filing a Stipulation of Voluntary Dismissal with prejudice within Thirty (30) days as soon as the formal settlement agreement is completed and executed by all parties. The Plaintiff respectfully requests that the Court enter an order striking all upcoming deadlines and allow the Parties until July 17, 2023 to file the Stipulation of Voluntary Dismissal.

Dated: June 19, 2023                HOWARD COHAN

By: */s/ Marshall J. Burt*
Marshall J. Burt, Esq.
The Burt Law Group, Ltd.
Attorney for Plaintiff
77 W. Washington, Ste. 1300
Chicago, IL  60602
Telephone:  312-419-1999
marshall@mjburtlaw.com
IARDC #6198381

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 19, 2023, I electronically filed this Notice of Settlement with the Clerk of Court using the CM/ECF system, which automatically sends electronic notification of its filing to all attorneys of record.

                /s/ Marshall J. Burt
                Marshall J. Burt